UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| OCTAVIOUS EGGERSON, | ) | |
| Petitioner, | ) ) ) | Civil Action No. 5:20-cv-445-GFVT |
| v. | ) ) ) | |
| FAYETTE CO. DET. CENTER, *et al.*, | ) ) | **JUDGMENT** |
| Respondents. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Petitioner Octavious Eggerson's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 **[R. 7]** is **DENIED WITHOUT PREJUDICE**;

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket; and

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 7th day of January, 2021.

Gregory F. Van Tatenhove
United States District Judge